**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 08-cv-01135-LTB-BNB

UNITED STATES OF AMERICA,

      Petitioner,

v.

JERROLD L. MINNEY, as Manager of
EAGLES POINT REALTY, LLC,

      Respondent.
_____

**ORDER OF DISMISSAL**
_____

      A hearing on Petitioner's Order to Show Cause was held July 11, 2008. Petitioner appeared by Amanda Rocque, Assistant United States Attorney. Respondent Jerrold L. Minney was present in person.

      Upon Petitioner's oral motion to dismiss this matter and indicating that Respondent has complied with the Internal Revenue Service summons previously issued, it is

      ORDERED that the Order to Show Cause is DISCHARGED and this matter is DISMISSED.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: July 11, 2008